In the Matter of LAND MASTER MONTG I, LLC, et al., Respondents, v TOWN OF MONTGOMERY et al., Appellants, et al., Respondents. (Matter No. 1.)

In the Matter of ROSWIND FARMLAND CORP. et al., Respondents, v TOWN OF MONTGOMERY et al., Appellants, et al., Respondents. (Matter No. 2.)

Submitted November 17, 2008; decided December 2, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MAMARONECK BEACH & YACHT CLUB, INC., et al., Respondents, v ZONING BOARD OF APPEALS OF VILLAGE OF MAMARONECK et al., Appellants, et al., Respondents.

Submitted September 15, 2008; decided December 2, 2008

Motion by Federated Conservationists of Westchester County, Inc. for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

ANNETTE MEISELMAN, Appellant, v LONNIE FOGEL et al., Respondents.

Submitted November 13, 2008; decided December 2, 2008

Motion for reconsideration of this Court's September 16, 2008 dismissal order denied [see 11 NY3d 783 (2008)].

MHR CAPITAL PARTNERS LP et al., Appellants, v PRESSTEK, INC., Respondent, et al., Defendant.

Submitted September 29, 2008; decided December 2, 2008

Motion to dismiss the appeal herein denied.